UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

Mayer Silberstein
individually and on behalf of all other similarly situated,

Plaintiff,

Civil Action No:
7:24-cv-7652

-v.-

Transworld Systems Inc.

Defendants.

------------------------------------------------------------------x

**JOINT STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff Mayer Silberstein and the Defendant, Transworld Systems Inc., that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: March 21, 2025

| For Plaintiff Mayer Silberstein | For Defendant Transworld Systems Inc. |
|---|---|
| *[signature]* | *[signature]* |
| Rami Salim | Aaron R. Easley |
| Stein Saks, PLLC | Sessions Israel & Shartle LLC |
| 1 University Plaza | 3 Cross Creek Drive |
| Hackensack, NJ 07601 | Flemington, NJ 08822 |
| Ph: (201) 282-6500 | Ph: (908) 237-1660 |
| rsalim@steinsakslegal.com | aeasley@sessions.legal |

SO ORDERED.

*[signature: Cathy Seibel]*   3/21/25

CATHY SEIBEL, U.S.D.J.

The Clerk shall close the case.

1

**CERTIFICATE OF SERVICE**

I certify that on March 21, 2025 a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Rami Salim
Rami Salim
**Stein Saks, PLLC**
1 University Plaza
Hackensack, NJ 07601
*Attorneys for Plaintiff*